IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JANE DOE #1, JANE DOE #2, <br> JANE DOE #3, JANE DOE #4, <br> JOHN DOE #1, and JOHN DOE #2 <br><br> Plaintiffs, <br> v. <br><br> DAVID MURPHY, ROBERT WINDMILLER, <br> GEORGE McKENNA, HERSHER <br> COMMUNITY UNIT SCHOOL DISTRICT #2 <br> REHABILITATION CENTRE, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No.  16 c 2393 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION FOR DISMISSAL

Plaintiffs, by and through their attorneys, MYERS CARDEN & SAX, and Defendants, ROBERT WINDMILLER, and HERSCHER COMMUNITY UNIT SCHOOL DISTRICT #2 REHABILIATION CENTRE, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to dismiss Defendant, ROBERT WINDMILLER, with prejudice and not pursuant to any settlement agreement, with each party bearing that party's own attorney's fees and costs.

**ATTORNEYS FOR PLAINTIFF**

Jason M. Sax (ARDC 6243815)
Terrence S. Carden, III (ARDC 6205378)
MYERS CARDEN & SAX
30 North LaSalle Street, Suite 2200
Chicago, Illinois 60602
(312) 345-7520
jsax@cardensax.com

1

*/s/ Shannon Buckley*

**ATTORNEYS FOR DEFENDANT**

Anthony M. Monaco (ARDC 6279545)
Peter G. Skiko (ARDC 6210089)
Shannon E. Buckley (ARDC 6325549)
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, Illinois 60611
(312) 321-9100
amonaco@smbtrials.com

_____

**ATTORNEYS FOR DEFENDANT**

Stephen R. Miller (ARDC 6182980)
Susan E. Nicholas (ARDC 6278132)
Catherine Regina Locallo (ARDC 6278132)
Robbins Schwartz Nicholas Lifton & Taylor, Ltd.
55 W. Monroe St. Suite 800
Chicago, Illinois 60603
(312) 332-7760
smiller@robbins-schwartz.com