IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JANE DOE #1, JANE DOE #2, JANE DOE #3, JANE DOE #4, JOHN DOE #1, and JOHN DOE #2,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID MURPHY, ROBERT WINDMILLER, GEORGE McKENNA, HERSCHER COMMUNITY UNIT SCHOOL DISTRICT #2 REHABILITATION CENTRE,<br><br>Defendants. | No. 16 C 2393<br><br>Judge Colin Stirling Bruce<br><br>Magistrate Eric I. Long |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, JANE DOE #1, JANE DOE #2, JANE DOE #3, JANE DOE #4, JOHN DOE #1, and JOHN DOE #2, through their undersigned counsel, and Defendants, HERSCHER COMMUNITY UNIT SCHOOL DISTRICT # 2 (incorrectly sued as Herscher Community Unit School District #2 Rehabilitation Centre), through its undersigned counsel, GEORGE McKENNA, and DAVID MURPHY and pursuant to the Federal Rule of Civil Procedure 41(a), that the above-captioned proceeding be and is hereby dismissed as against the HERSCHER COMMUNITY UNIT SCHOOL DISTRICT # 2, GEORGE McKENNA and DAVID MURPHY with prejudice, including without limitation, all claims which Plaintiffs have asserted or could have asserted against the HERSCHER COMMUNITY UNIT SCHOOL DISTRICT # 2, GEORGE McKENNA and DAVID MURPHY with no award of attorneys' fees or costs by the Court to any party.

662611v1

| | |
|---|---|
| /s/ Jason M. Sax | /s/ Stephen R. Miller |
| Jason M. Sax<br>*Attorney for Jane Doe #1, Jane Doe #2, Jane Doe #3, Jane Doe #4, John Doe #1, and John Doe #2*<br>Myers Carden & Sax<br>30 N. LaSalle St., Suite 2200<br>Chicago, IL 60602<br>312.345.7250<br>email: jsax@mcstrial.com | Stephen R. Miller<br>*Attorney for Herscher Community Unit School District # 2*<br>Robbins, Schwartz, Nicholas,<br>    Lifton & Taylor, Ltd.<br>55 W. Monroe St., Suite 800<br>Chicago, IL 60603<br>312.332.7760<br>smiller@robbins-schwartz.com |

**CERTIFICATE OF SERVICE BY ELECTRONIC MAILING**

    I hereby certify that I electronically filed this **Stipulation of Dismissal with Prejudice** with the Clerk of the Court using the CM/ECF system on this 8th day of September, 2017, which constitutes service on all counsel of record, registered filing users, pursuant to Fed. R. Civ. P. 5(b)(2)(D) and L.R. 5.9:

        /s/ Stephen R. Miller
        Stephen R. Miller